# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 15-CV-62109-DIMITROULEAS

**CHRISTINA VASQUEZ,**

       Plaintiff,

vs.

**MORAN FOODS, LLC, d/b/a**
**SAVE-A-LOT,**

       Defendant.

_____/

### PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

COMES NOW the Plaintiff, CHRISTINA VASQUEZ, by and through undersigned counsel and in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rules of this Court of the Southern District of Florida, hereby provides its initial disclosures as follows:

1. **Name and address of each individual having discoverable information which may be used to support Plaintiff's claims**:

    Christina Vasquez
    3335 S.W. 59th Terrace
    West Park, Florida   33023

2. **Description by category and location of all documents in Plaintiff's possession that may be used to support her claim**:

    a. Medical records of Memorial Healthcare System
       3501 Johnson Street
       Hollywood, Florida

    b. Medical records of Advanced Orthopedics & Pain Mgt.
       3500 Tyler Street
       Hollywood, Florida  33021

c.      Medical records of White Sand Orthopedics
        6067 Hollywood Boulevard, Suite 202
        Hollywood, Florida  33024

d.      Medical records of West Hollywood Pain & Rehab
        4001 Hollywood Boulevard
        Hollywood, Florida  33021

e.      Medical records of Central Magnetic Imaging-North
        1860 N.E. Miami Gardens Drive
        North Miami Beach, Florida  33179

f.      Medical records of Select Health Care
        1600 South Federal Highway, Suite 300
        Pompano Beach, Florida  33062

g.      Medical records of Palm Coast Anesthesia Group, LLC
        150 S.W. 12th Avenue, Suite 440
        Pompano Beach, Florida  33069

h.      Medical records of Sierra Surgical
        19755 Paddlewheel Lane
        Reno, Nevada   89521

i.      Medical records of Neuro IOM Services, Inc.
        P.O. Box 150497
        Hartford, Connecticut   06115-0497

j.      Medical bills of Memorial Healthcare System

k.      Medical bills of Advanced Orthopedics & Pain Management

l.      Medical bills of White Sand Orthopedics

m.      Medical bills of West Hollywood Pain & Rehab

n.      Medical bills of Central Magnetic Imaging-North

o.      Medical bills of Select Health Care

p.      Medical bills of Palm Coast Anesthesia Group, LLC

q.      Medical bills of Sierra Surgical

r.      Medical bills of Neuro IOM Services, Inc.

All medical records are in the possession of the medical providers.

3.    **Computation of damages:**

Past medical expenses - amounts undetermined at this time.

Future medical expenses - amounts undetermined at this time.

Pain and suffering - amounts undetermined at this time.

4.    **Plaintiff's Expert Witnesses:**

a.    Barry E. Schapiro, M.D./Scott Katzman, M.D./
William Wilcox, D.O.
3500 Tyler Street
Hollywood, Florida  33021

b.    Merrill W. Reuter, M.D.
6067 Hollywood Boulevard, Suite 202
Hollywood, Florida  33024

c.    Jennifer Englander, D.C.
West Hollywood Pain & Rehab
4001 Hollywood Boulevard
Hollywood, Florida  33021

d.    Robert Martinez, M.D./Mircea A. Morariu, Jr., M.D.
Central Magnetic Imaging-North
1860 N.E. Miami Gardens Drive
North Miami Beach, Florida  33179

e.    James Padula, D.O./Marcia L. Sills, M.D.
Select Health Care
1600 South Federal Highway, Suite 300
Pompano Beach, Florida  33062

5.    **Insurance:**

Humana Health Insurance

I HEREBY CERTIFY that a true and correct copy of the foregoing document

was furnished by email this 6th day of November 2015 to:  **Melisa San Martin, Esquire,**

Golden, Scaz, Gagain, PLLC, 201 North Armenia Avenue, Tampa, Florida 33609-2303, 813-251-5500 (Email: Msanmartin@gsgfirm.com; egagain@gsgfirm.com; asmith@gsgfirm.com).

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorney for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
Phone: (954) 462-2300
Email: Ruggiero@wcrlaw.com


BY:    /s/ William C. Ruggiero
       WILLIAM C. RUGGIERO
       Florida Bar No. 878499

WCR:frt