UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 15-CV-62109-DIMITROULEAS**

**CHRISTINA VASQUEZ,**

       Plaintiff,

vs.

**MORAN FOODS, LLC, d/b/a
SAVE-A-LOT,**

       Defendant.

_____/

**MOTION TO WITHDRAW
AS COUNSEL FOR PLAINTIFF**

    COME NOW the Law Firms of William C. Ruggiero and Rubenstein Law, and file this, their Motion to Withdraw as Counsel for Plaintiff and as grounds therefore would state:

    1.    That irreconcilable differences have arisen between the Plaintiff and her attorneys.

    2.    That the undersigned attorney does not feel he can properly protect the interests of the Plaintiff.

    WHEREFORE, the undersigned law firm respectfully requests this Court to grant the aforementioned Motion to Withdraw.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed this 17th day of October 2016 to: **Melisa San Martin Bailey, Esquire,** Golden, Scaz, Gagain, PLLC, 201 North Armenia Avenue, Tampa, Florida  33609-2303, 813-251-5500 (Email: msbailey@gsgfirm.com; Msanmartin@gsgfirm.com; egagain@gsgfirm.com;

asmith@gsgfirm.com) and mailed via U.S. Mail to **Christina Vasquez**, 3335 S.W. 59th Terrace, West Park, Florida  33023.

                                        LAW OFFICES OF WILLIAM C. RUGGIERO
                                        Attorneys for Plaintiff
                                        Museum Plaza, Suite 703
                                        200 South Andrews Avenue
                                        Fort Lauderdale, Florida  33301
                                        Phone:(954) 462-2300
                                        Email:  Ruggiero@wcrlaw.com

                        BY:    */s/ William C. Ruggiero*
                                        WILLIAM C. RUGGIERO
                                        Florida Bar No. 878499

WCR:frt