# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 15-CV-62109-DIMITROULEAS

**CHRISTINA VASQUEZ,**

       Plaintiff,

vs.

**MORAN FOODS, LLC, d/b/a**
**SAVE-A-LOT,**

       Defendant.
_____/

## **NOTICE OF CHARGING LIEN**

COME NOW the Law Offices of William C. Ruggiero and Rubenstein Law, the former attorneys for the Plaintiff, CHRISTINA VASQUEZ, herein, (pending Court Order) and file this their Notice of Charging Lien for attorneys' fees, costs and services rendered in the above styled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed this 20th day of October 2016 to: **Melisa San Martin Bailey, Esquire,** Golden, Scaz, Gagain, PLLC, 201 North Armenia Avenue, Tampa, Florida 33609-2303, 813-251-5500 (Email: msbailey@gsgfirm.com; Msanmartin@gsgfirm.com; egagain@gsgfirm.com; asmith@gsgfirm.com) and **Nicolas Lampariello, Esquire,** Lampariello Law Group, P.A., 150 South Pine Island Road, Suite 220, Plantation, Florida 33324, 954-628-3579 (Email: pleadings@lawllg.com; nic@lawll.com).

                                                LAW OFFICES OF WILLIAM C. RUGGIERO
                                                Museum Plaza, Suite 703
                                                200 South Andrews Avenue
                                                Fort Lauderdale, Florida  33301
                                                Phone:  (954) 462-2300
                                                Email:  Ruggiero@WCRlaw.com

                                       BY:    /s/ *William C. Ruggiero*
                                                        WILLIAM C. RUGGIERO
                                                        Florida Bar No. 87849

WCR:frt