UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62109-CIV-DIMITROULEAS/Snow

CHRISTINA VASQUEZ,

    Plaintiff,
vs.

MORAN FOODS, LLC,

    Defendant.
_____/

## **ORDER**

THIS CAUSE is before the Court on the Plaintiff's Motion to Strike Charging Lien filed by the Law Firms of William Ruggiero and Rubenstein Law (ECF No. 68) William Ruggiero and Rubenstein Law have not filed a response to the motion as of the date of this order.

Except in certain circumstances not present here, S.D. Fla. L.R. 7.1(c) requires each party opposing a motion to file an opposing memorandum of law no later than fourteen (14) days after service of the motion.  Failure to file a response required under Local Rule 7.1(c) "may be deemed sufficient cause for granting the motion by default." *Id.*  In the instant case, the time period for responding to the motion has passed and William Ruggiero and Rubenstein Law have failed to file a response to the motion as required.  Accordingly, it is hereby

ORDERED that William Ruggiero and Rubenstein Law shall, on or before April 11, 2017, show cause why the Plaintiff's motion to strike their charging lien should not be granted.  Failure to do so will result in a recommendation that the Plaintiff's motion be granted by default, pursuant to

and in accordance with Local Rule 7.1(c).

DONE AND ORDERED at Fort Lauderdale, Florida, this 4th day of April, 2017

/s/ Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record

William C. Ruggiero (Via U.S. Mail)
200 South Andrews Avenue
Suite 703
Fort Lauderdale, FL 33301