UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-62109-DIMITROULEAS

**CHRISTINA VASQUEZ,**

       Plaintiff,

vs.

**MORAN FOODS, LLC, d/b/a SAVE-A-LOT,**

       Defendant.

_____/

## RESPONSE TO PLAINTIFF'S MOTION TO STRIKE CHARGING LIEN

COME NOW the Law Offices of William C. Ruggiero and Rubenstein Law, the former attorneys for the Plaintiff, CHRISTINA VASQUEZ, and files this their Response to Plaintiff's Motion to Strike Charging Lien and as grounds therefore would state:

1. The Law Offices of William C. Ruggiero, together with co-counsel, Rubenstein Law, represented Christina Vasquez for a slip and fall accident that took place at Moran Foods, LLC, d/b/a Save-a-Lot on March 7, 2012.

2. The firms represented Ms. Vasquez pursuant to a contingency fee contract signed by Ms. Vasquez which provided, among other things, for attorneys fees of 40% of the Plaintiff's gross recovery, in addition to costs expended.

3. Suit was filed on August 6, 2015, and the case proceeded to be litigated.

4. During the course of litigation, the Law Offices of William C. Ruggiero entered into settlement discussions with Defendant.

5. As it is unknown whether the settlement discussions and settlement amount are to remain confidential, this motion has not included the amount of money which was offered during William C. Ruggiero's representation of the Plaintiff.

6. The parties negotiated over a period of time, and Defendant filed a

Proposal for Settlement to Plaintiff.

7. Negotiations continued between William C. Ruggiero and defense counsel, and the Defendant ultimately offered additional money above the Proposal for Settlement while Plaintiff was represented by the Law Offices of William C. Ruggiero and Rubenstein Law.

8. The undersigned discussed the offer with Plaintiff, who against counsel's advice, refused to accept the settlement offer.

9. The Law Offices of William C. Ruggiero and Rubenstein Law then withdrew from representation and filed a Notice of Charging Lien.

10. Subsequently, Plaintiff secured new counsel and settled her case.

11. The undersigned firm has reached out to Plaintiff's current counsel, Nicolas Lampariello, in an attempt to learn what the settlement amount is, but Mr. Lampariello has refused to disclose the amount. The undersigned has also reached out to defense counsel to find out the amount of the settlement, but to date, has still been unsuccessful in learning the settlement amount.

12. Plaintiff's Motion cites Faro v. Romani, 641 So.2d 69 (Fla.1994), which Plaintiff asserts precludes William C. Ruggiero and Rubenstein Law from recovering their fees. However, the Court in Faro states as follows:

"We hold that when an attorney withdraws from representation upon his own volition *and* the contingency has not occurred, the attorney forfeits all rights to compensation". (emphasis added)

13. If Plaintiff, with her new law firm, accepted the same settlement offer that was secured for her by the Law Offices of William C. Ruggiero, then William C. Ruggiero met the contingency and is therefore entitled to its fee pursuant to the contingency contract.

WHEREFORE, the Law Offices of William C. Ruggiero and Rubenstein Law respectfully request this Court deny Plaintiff's Motion to Strike Charging Lien, or, in the

alternative, order Plaintiff to disclose the amount of the settlement to the undersigned in order to make a determination whether the Charging Lien is warranted.

   I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed this 10th day of April 2017 to:  **Melisa San Martin Bailey, Esquire,** Golden, Scaz, Gagain, PLLC, 201 North Armenia Avenue, Tampa, Florida  33609-2303, 813-251-5500 (Email:  msbailey@gsgfirm.com;  Msanmartin@gsgfirm.com;  egagain@gsgfirm.com; asmith@gsgfirm.com) and **Nicolas Lampariello, Esquire,** Lampariello Law Group, P.A., 150 South Pine Island Road, Suite 220, Plantation, Florida  33324, 954-628-3579 (Email: pleadings@lawllg.com; nic@lawll.com).

             LAW OFFICES OF WILLIAM C. RUGGIERO
             Museum Plaza, Suite 703
             200 South Andrews Avenue
             Fort Lauderdale, Florida  33301
             Phone:  (954) 462-2300
             Email:  Ruggiero@WCRlaw.com

         BY: /s/ *William C. Ruggiero*
             WILLIAM C. RUGGIERO
             Florida Bar No. 87849

WCR:frt