UNITED STATES DISTRICT COURT
FOR THE SOUTER DISTRICT OF FLORIDA

CASE NO. 15-62109-CIV- DIMITROULEAS

CHRISTINA VASQUEZ
    Plaintiff

Vs.

MORAN FOODS, LLC d/b/a
SAVE-A-LOT
    Defendant
_____

**PLAINTIFF'S REPLY TO LAW FIRMS
OF WILLIAM C. RUGGIERO AND RUBENSTEIN LAW'S RESPONSE
TO MOTION TO STRIKE CHARGING LIEN [DE 72]**

COMES NOW Plaintiff, CHRISTINA VASQUEZ, by and through undersigned counsel, and respectfully files this Reply to the Law Firms of William C. Ruggiero and Rubenstein Law Response to Motion to Strike Charging Lien [DE 72], and in support thereof, Plaintiff states as follows:

1) Plaintiff reaffirms the arguments raised and the relevant case law cited in Plaintiff's Motion to Strike Charging Lien [DE 68].

2) In his Response [DE 72], the Law Firms of William C. Ruggiero and Rubenstein Law (hereinafter "Ruggiero") fails to cite a single piece of jurisprudence, state or federal statute, or other controlling authority to substantiate Ruggiero's claim for fees.

3) In his Response [DE 72], Ruggiero admits that Ruggiero *voluntarily withdrew* due to a disagreement over the Plaintiff's ***rejection*** of a settlement offer.

4) Through a blatant attempt to intentionally mislead this Honorable Court, Ruggiero contends that "the contingency" occurred prior to Ruggiero's *voluntary withdrawal* as Plaintiff's counsel. Ruggiero further attempts to mislead the court by stating that "…Plaintiff secured new counsel and settled her case." [DE 72, ¶10].

5) In addition to intentionally misleading this Honorable Court and attempting to draw attention away from the abundantly clear jurisprudence supporting Plaintiff's Motion to Strike Charging Lien [DE 68], Ruggiero alleges entitlement to a fee only if the Plaintiff "…accepted the same settlement offer that was secured by [Ruggiero]." [DE 72, ¶13].

6) In response to this wildly inaccurate statement by Ruggiero, the undersigned attorney represents, as an officer of this Court, that the settlement amount accepted by Plaintiff is significantly greater than the amount offered by Defendant during the period in which Ruggiero represented Plaintiff.

7) For the reasons listed above and the reasons presented in Plaintiff's Motion [DE 68], Ruggiero's charging lien should be stricken.

WHEREFORE, Plaintiff, CHRISTINA VASQUEZ, respectfully requests that this Honorable Court enter an Order Granting this Motion to Strike the Notice of Charging Lien filed by the Law Firms of William C. Ruggiero and Rubenstein Law [DE 27]; striking the Notice of Charging Lien filed by the Law Firms of William C. Ruggiero and Rubenstein Law [DE 27]; and awarding to Plaintiff such other relief as this Honorable Court deems to be just and proper.

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED ATTORNEY HEREBY CERTIFIES that on April 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served on Melisa San Martin, Esq. and Edward Gagain, Esq. via transmission of Notices of Electronic Filing generated by CM/ECF or through other approved means. I further certify that a copy of the foregoing document is being served on this day to William C. Ruggiero, 200 S. Andrews Ave., Ste. 703, Ft. Lauderdale, FL 33301, ruggiero@wcrlaw.com.

                Respectfully Submitted,

By:   /s/ Nicolas Lampariello
       Nicolas Lampariello, Esq.
       Florida Bar No. 107722

LAMPARIELLO LAW GROUP, P.A.
Attorneys for Plaintiff
150 South Pine Island Road, Suite 220
Plantation, FL 33324
Telephone: (954) 628-3579
Facsimile: (954) 343-8712
Email: pleadings@lawllg.com
       nic@lawllg.com